UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN BEUTEL-ZACHERY, on behalf of plaintiff and the class members described herein, <br><br> *Plaintiff*, <br><br> v. <br><br> JAVITCH BLOCK LLC; PALISADES COLLECTION, L.L.C. and PALISADES ACQUISITION XVI, LLC, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-02261-JRS-DLP |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PALISADES COLLECTION, L.L.C.

Defendant Palisades Collection, L.L.C., being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

Palisades Collection, L.L.C. is a wholly-owned subsidiary of Asta Funding, Inc., which is a publicly held corporation.

MOSS & BARNETT

Dated: December 2, 2022

/s/ Sarah E. Doerr
Sarah E. Doerr (MN Atty. I.D. # 338679)
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Phone: (612) 877-5297
Fax: (612) 877-5999
E-Mail: Sarah.Doerr@lawmoss.com

*Counsel for Defendants Palisades Collection, L.L.C. and Palisades Acquisition XVI, LLC*

8176994v1