UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN BEUTEL-ZACHERY,<br>on behalf of plaintiff and the class<br>members described herein,<br><br>   *Plaintiff*,<br><br>v.<br><br>JAVITCH BLOCK LLC;<br>PALISADES COLLECTION, L.L.C.<br>and PALISADES ACQUISITION XVI,<br>LLC,<br><br>   *Defendants*. | Case No. 1:22-cv-02261-JRS-DLP |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PALISADES ACQUISITION XVI, LLC

Defendant Palisades Acquisition XVI, LLC, being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

Palisades Acquisition XVI, LLC is a wholly-owned subsidiary of Asta Funding, Inc., which is a publicly held corporation.

             MOSS & BARNETT

Dated:  December 2, 2022   /s/ Sarah E. Doerr
             Sarah E. Doerr (MN Atty. I.D. # 338679)
             150 South Fifth Street, Suite 1200
             Minneapolis, MN 55402
             Phone:  (612) 877-5297
             Fax:  (612) 877-5999
             E-Mail:  Sarah.Doerr@lawmoss.com

             *Counsel for Defendants Palisades Collection,*
             *L.L.C. and Palisades Acquisition XVI, LLC*