UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN ZACHERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-02261-JRS-MKK ) |
| JAVITCH BLOCK LLC, PALISADES ACQUISITION XVI, LLC, PALISADES COLLECTION, L.L.C., | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The parties, by email, submitted a joint report on their continued efforts to meet and confer to resolve ongoing discovery disputes. (*See* Dkt. 105). The Court sets a Telephonic Discovery Conference for **February 12, 2024, at 11:00 a.m. (eastern).** Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

On or before **4:00 p.m. (Eastern) on February 8, 2024**, the parties are to email the Court at mjklump@insd.uscourts.gov, with a copy to each other, a brief outline of the dispute, their respective positions on the issue(s), the discovery requests and responses at issue (if any), and any other documents they would like the Court to review in advance of the conference.

SO ORDERED.

Date: 2/1/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.