# **APPENDIX C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN BEUTEL-ZACHERY,<br>on behalf of plaintiff and the class<br>members described herein,<br><br>      *Plaintiff*,<br><br>v.<br><br>JAVITCH BLOCK LLC;<br>PALISADES COLLECTION , L.L.C.<br>and PALISADES ACQUISITION XVI,<br>LLC,<br><br>      *Defendants*, | Case No. 1:22-cv-02261-JRS-DLP |

## DECLARATION OF STEVEN R. HOFER

I, Steven R. Hofer, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true:

1. **Hofer Hagan LLP** has two partner attorneys, one full-time paralegal, and one part-time paralegal. The partner attorneys, Steven R. Hofer and Keith R. Hagan, were both actively involved in this litigation at all stages.

2. **Steven R. Hofer** graduated with Honors from Purdue University in 1982. He is a 1987 graduate of Indiana University School of Law, Indianapolis.  He has been admitted to practice law in Indiana and in the United States District Courts for the Southern District and Northern District of Indiana since 1987.  From 1991 to 1998 he operated a law practice as Consumer Law Office of Steve Hofer, with a a practice focused on consumer law cases. During this time he also served as an Adjunct Instructor act Ivy Tech State College, teaching classes in Business Law and Litigation for Paralegals.  Also during this time he identified cases deemed ripe for class treatment, and solicited the assistance of the lead counsel in this case, Daniel Edelman.  Attorney Hofer served in an auxiliary role in those cases.  From 1998 to 2013, attorney Hofer worked as a staff attorney for UAW-GM Legal Services Plan, working on a wide range of legal matters, with the majority of the work not including litigation.  From 2014 to 2022, Steven Hofer was back in individual private practice, again as Consumer Law Office of Steve Hofer.  During much of this period he served as Indiana State Chairman of the National Association of Consumer Advocates, spearheading membership drives, pro-bono activities and continuing legal education, including giving CLE presentations on various consumer law issues.  Although Steven Hofer and Keith Hagan regularly worked together from 2017-2022, in 2022 they formed the partnership of Hofer Hagan LLP.  Since 2017 Hofer and Hagan's practice has gradually

1

shifted from primarily consumer-law based to primarily commercial litigation, especially business debt defense.

3. **Keith R. Hagan** graduated from the University of Kansas in 2001. He is a 2008 graduate of the University of Cincinnati College of Law. He has been admitted to practice law in Indiana and in the United States District Courts for the Southern District and Northern District of Indiana since 2012. Prior to moving to Indianapolis in 2008, Keith taught as an adjunct professor at Roger Williams College of Law in Rhode Island. From 2015 to 2018 Keith was a partner in the law firm of Hagan and White, LLP before moving to solo practice at the firm Hagan Law Office, LLC from 2018 to 20222. Also, during this time, Keith identified cases deemed ripe for class treatment and solicited the assistance of the lead counsel in this case, Daniel Edelman. Attorney Hagan served in an auxiliary role in those cases. Although Steven Hofer and Keith Hagan regularly worked together from 2017-2022, in 2022 they formed the partnership of Hofer Hagan LLP. Since 2017 Hofer and Hagan's practice has gradually shifted from primarily consumer-law based to primarily commercial litigation, especially business debt defense. While engaging in the practice of law, Keith regularly teaches webinars and presents lectures at conferences for the National Association of Consumer Advocates and the National Consumer Law Center.

4. **Theresa M. Hofer - Paralegal.** Theresa M. Hofer is a part-time paralegal with Hofer Hagan LLP. She has over 40 years' experience as an insurance adjuster and as a paralegal. Her role in this case was primarily working with Keith Hagan in putting together and implementing a plan to take the computer data from the Defendants' discovery and compare that to court records and make the results useful.

5. Hofer and Hagan regularly represent consumers on claims arising under the Indiana Deceptive Consumer Sales Act (IC 24-5-0.5-3) and Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. We are now and have been involved in actions brought solely as individual claims, counterclaims in collection defense matters, as well as class actions. Our cases have been filed primarily in Marion County and Hamilton County, Indiana.

6. Hofer and Hagan represented Dawn Beutel Zachery in the underlying state court litigation, *Great Seneca Financial Corp. v. Dawn Beutel-Zachery,* 49D03-0401-CC-000004 (Marion County, Indiana, Superior Court 3), and became aware of the facts alleged in the complaint during the course of that representation. Our firm also conducted research into additional Complaints filed by Defendant Javitch Block to assess if the issues underpinning Ms. Zachery's claims were common among other Complaints filed on behalf of the Palisades Defendants, conducting the factual investigations and digesting information obtained from public records from the Indiana state courts. This case required inspection of and analysis of many Indiana court files to establish a pattern and practice of the defendants relating to thousands of consumers within the class defined in the complaint.

Executed this November 11, 2024, in Indianapolis, Indiana,

/s/ Steven R. Hofer
Steven R. Hofer

HOFER HAGAN LLP
8888 Keystone Crossing, Suite 1300
Indianapolis IN 46240
(317) 349-0887