IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN BEUTEL-ZACHERY, on behalf of plaintiff and the class members described herein,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JAVITCH BLOCK LLC;<br>PALISADES COLLECTION, L.L.C.; and<br>PALISADES ACQUISITION XVI, LLC;<br><br>　　　　　Defendants. | 1:22−cv−02261−JRS−MKK |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS SETTLEMENT WITH PALISADES DEFENDANTS**

Plaintiff Dawn Beutel-Zachery ("Plaintiff") respectfully requests that this Court grant final approval of the class action settlement with Defendants Palisades Collection, LLC and Palisades Acquisition XVI, LLC (collectively, "Palisades Defendants") pursuant to Fed. R. Civ. P. 23(e) and enter a Final Approval Order in the form of Appendix 1, Proposed Final Approval Order. In support thereof, Plaintiff states:

　　1.　　This Court preliminarily approved the settlement between Plaintiff and the Palisades Defendants (collectively, the "Parties") on March 18, 2025. (*Dkt. No. 155*)

　　2.　　Notice to the class members was not required because the settlement class was preliminarily certified pursuant to Fed. R. Civ. P. 23(b)(2). The Palisades Defendants have provided notice pursuant to the Class Action Fairness Act. (*Dkt. Nos. 148*, *153*)

　　3.　　As more fully set forth in the Memorandum in Support of this Motion, each Class Member will receive the injunctive relief offered by the Palisades Defendants: ceasing

Collection Activities on any Great Seneca Company collection account on which a member of the Class is an obligor.

4.  No Attorneys General or Class Member objected to the settlement.

5.  Plaintiff also seeks approval of an incentive award in the amount of $7,000.00 for her recovery and for her role as class representative. This amount is separate from the Injunctive Relief/ Class Recovery. Since the Class Members are receiving injunctive relief, any incentive award will not reduce any recovery to the Settlement Class.

6.  In accordance with this Court's April 4, 2025 Order (*Dkt. No. 159*), and by separate petition filed concurrently with this motion, Plaintiff's Counsel also requests attorney's fees and costs in the amount of $200,000.00.

7.  Plaintiff respectfully request that this Court enter final approval of this class action settlement as fair, adequate and reasonable pursuant to Fed. R. Civ. P. 23(e).

WHEREFORE, for the reasons more fully set forth in the accompanying Memorandum In Support of Plaintiff's Motion for Final Approval of Class Settlement and Final Petition for Attorney Fees and Costs, Plaintiff respectfully requests that this Court grant final approval to the Parties' class action settlement as fair, adequate and reasonable and enter a Final Approval Order in the form of Appendix 1 to the supporting Memorandum.

                                              Respectfully submitted,

                                              */s/ Heather Kolbus*
                                              Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL  60603
(312) 739-4200

2

Keith R. Hagan
Steven R. Hofer
HOFER HAGAN LLP
8888 Keystone Crossing, Suite 1300
Indianapolis, IN  46240
(317) 531-4575

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on June 9, 2025, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which caused notice to be sent via email to all counsel of record.

*/s/ Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200