IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN BEUTEL-ZACHERY, on behalf of plaintiff and the class members described herein, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | 1:22−cv−02261−JRS−MKK |
| JAVITCH BLOCK LLC; PALISADES COLLECTION, L.L.C.; and PALISADES ACQUISITION XVI, LLC; ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS SETTLEMENT WITH JAVITCH BLOCK LLC**

Plaintiff Dawn Beutel-Zachery ("Plaintiff") respectfully requests that this Court grant final approval of the class action settlement with Defendant Javitch Block LLC ("Defendant") pursuant to Fed. R. Civ. P. 23(e) and enter a Final Approval Order in the form of Appendix 1, Proposed Final Approval Order. In support thereof, Plaintiff states:

1.  This Court preliminarily approved the settlement between Plaintiff and Defendant (collectively, the "Parties") on March 18, 2025. (*Dkt. No. 156*)

2.  Notice was successfully mailed to 197 of the 229 Class Members by First Class U.S. Mail. Addresses were checked through the National Change of Address database prior to mailing. (*Dkt. No. 165*) Ten notices returned with new addresses were successfully re-mailed within 7 days. Notice was also posted on Class Counsel's website, www.edcombs.com.

3.  As more fully set forth in the Memorandum in support of this motion, each Class Member who do not opt our and whose mailed class notice was not returned as undeliverable

1

will receive a *pro rata* share of the Class Recovery, a non-reversionary common fund established by Defendant Javitch Block, LLC.

4. No Class Member submitted a request to opt out. No Class Member objected to the settlement. (*Dkt. No. 165*)

5. Plaintiff also seeks approval of an incentive award in the amount of $900.00 for her recovery and for her role as class representative. This amount is separate from the Settlement Fund, and will in no way diminish the class member recovery.

6. In accordance with this Court's April 4, 2025, Order (*Dkt. No. 160* at p. 1, ¶2), and by separate fee petition filed concurrently with this motion, Plaintiff's Counsel also requests attorney's fees in the amount of $40,000.00.

7. Plaintiff respectfully request that this Court enter final approval of this class action settlement as fair, adequate and reasonable pursuant to Fed. R. Civ. P. 23(e).

WHEREFORE, for the reasons more fully set forth in the accompanying Memorandum In Support of Plaintiff's Motion for Final Approval of Class Settlement with Javitch Block LLC and Final Petition for Attorney Fees, Plaintiff respectfully requests that this Court grant final approval to the Parties' class action settlement as fair, adequate and reasonable and enter a Final Approval Order in the form of <u>Appendix 1</u> to the supporting Memorandum.

                          Respectfully submitted,

                          */s/ Heather Kolbus*
                          Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

Keith R. Hagan
Steven R. Hofer
HOFER HAGAN LLP
8888 Keystone Crossing, Suite 1300
Indianapolis, IN  46240
(317) 531-4575

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on June 12, 2025, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which caused notice to be sent via email to all counsel of record.

                                */s/ Heather Kolbus*
                                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200