UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN ZACHERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-02261-JRS-MKK |
| | ) |
| JAVITCH BLOCK LLC, | ) |
| PALISADES ACQUISITION XVI, LLC, | ) |
| PALISADES COLLECTION, L.L.C., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT & RECOMMENDATION**

The Court having preliminarily approved the Class Action Settlement, (ECF No. 156); Magistrate Judge M. Kendra Klump having held a Fairness Hearing on July 11, 2025; and the Court having considered Plaintiff's Motion for Final Approval of Class Settlement with Javitch Block LLC, (ECF No. 168); Plaintiff's Petition for Attorney's Fees in Support of Final Class Settlement with Javitch Block LLC, (ECF No. 170); Magistrate Judge Klump's Report & Recommendation, (ECF No. 174); and no objections having been made, the Court now **ADOPTS** the Report & Recommendation, (ECF No. 174).

Accordingly, the Court finds that the Class Action Settlement Agreement is "fair, reasonable, and adequate" under Rule 23(e)(2) and in the best interest of the Class, that the requested attorney's fees of $40,000 and class representative fee of $900 are reasonable; **GRANTS** Plaintiff's Motion for Final Approval of Class Settlement with Javitch Block LLC, (ECF No. 168); **GRANTS** Plaintiff's Petition for Attorney's Fees

in Support of Final Class Settlement with Javitch Block LLC, (ECF No. 170); and **GRANTS FINAL APPROVAL** of the Settlement Agreement as fair, and finally approves as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e)(2). A separate Final Approval Order will be entered.

    **SO ORDERED.**

Date: 10/1/2025

                                          JAMES R. SWEENEY II, CHIEF JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distribution:

Magistrate Judge M. Kendra Klump

By CM/ECF to registered counsel of record