UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAWN ZACHERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-02261-JRS-MKK |
| | ) | |
| JAVITCH BLOCK LLC, | ) | |
| PALISADES ACQUISITION XVI, LLC, | ) | |
| PALISADES COLLECTION, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## Order of Dismissal

The Court granted final approval of Plaintiff's Class Action Settlement Agreement with Javitch Block LLC and ordered the Settlement Administrator and Javitch to file a declaration of final accounting, including administration of equitable relief—a *cy pres* payment to Indiana Legal Services, Inc. (Final Approval Order ECF No. 179 ¶¶ 4, 22, 23.) The Court further ordered that following the filing of the declaration of final accounting of the settlement, this action would be dismissed. (Final Approval Order ¶ 25, ECF No. 179.) The Court later extended the deadline for the settlement administrator to file a declaration of final accounting to March 27, 2026. (ECF No. 187.)

As set forth in Defendant Javitch Block LLC's report on the implementation of injunctive relief and declaration of Michael D. Slodov, (ECF Nos. 188, 188-1), Javitch has fully delivered the injunctive relief to class members and has satisfied all other settlement obligations under the Settlement Agreement and Final Approval Order.

Under the Final Approval Order, a *cy pres* payment was to be made to Indiana Legal Services, Inc., 30 days after expiration of the void date on the class member checks, making the payment due March 25, 2026.  (Final Approval Order ¶ 22, ECF No. 179; Dorothy Sue Merryman Decl. ¶ 6, ECF No. 185.)   The Settlement Administrator has reported that as of March 3, there was a total remaining settlement balance of $16,650.40, representing $16,649.28 from uncashed checks and $1.12 in undistributed funds due to rounding.  (Dorothy Sue Merryman Decl. ¶ 10, ECF No. 190.)  The Settlement Administrator further reported that on March 25, 2026, a check in the amount of $16,650.40 was mailed to Indiana Legal Services, Inc. by certified mail.  (*Id.* ¶ 11.)  Thus, all that appears to be done is receipt and deposit of the check and clearance of the check from the class settlement fund account.

Accordingly, the Court **dismisses with prejudice** all claims asserted by Plaintiff Dawn Beutel-Zachery against Javitch Block LLC.  The Court will retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.  The Parties shall **file** a stipulation of dismissal with prejudice **by April 10, 2026.**

**SO ORDERED.**

Date: 3/30/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record