Acknowledged.

JRS, CJ, 4/13/2026.

Distribution to all counsel of record via CM/ECF.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

DAWN BEUTEL-ZACHERY,                    )
on behalf of Plaintiff and a class,     )
                                        )
            Plaintiff,                  )
                                        )     22-cv-02261-JRS-MKK
      vs.                               )
                                        )
JAVITCH BLOCK LLC,                      )
                                        )
            Defendant.                  )

## STIPULATION TO DISMISS

As set forth in Defendant Javitch Block LLC's ("Defendant") report on the implementation of injunctive relief and Declaration of Michael D. Slodov affirming the implementation of injunctive relief, (*Dkt. Nos. 188, 188-1*), Defendant complied with the terms of the Settlement Agreement. In addition, the Declaration of Dorothy Sue Merryman provides that the settlement funds have been distributed to the class members and to the cy pres recipient, Indiana Legal Services, Inc. (*Dkt. No. 190*) Indiana Legal Services, Inc. confirmed that the *cy pres* check has been received and deposited. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Dawn Beutel-Zachery and Defendant Javitch Block LLC hereby stipulate to the dismissal of Plaintiff's individual and the settlement class members' claims with prejudice against Javitch Block LLC.

Respectfully submitted,

*s/ Heather Kolbus*
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark St., Ste. 1800
Chicago, IL 60603
(312) 739-4200

*s/ Jennifer Kalas (w/ consent)*
Jennifer Kalas
HINSHAW & CULBERTSON LLP
322 Indianapolis Blvd., Suite 201
Schererville, IN 46375
(219) 864-5051

David Schultz
HINSHAW & CULBERTSON LLP

Keith R. Hagan #30265-49
Steven R. Hofer #11584-49
HOFER HAGAN LLP
8888 Keystone Crossing, Suite 1300
Indianapolis, IN  46240
(317) 531-4575

151 N. Franklin Street, Suite 2500
Chicago, IL  60606
(312) 704-3527